Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue  Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DESDA DIANE DOTSON

CASE NO. 12-10352-RLJ-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 8933 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: __1/17/2013__  Orig. Time: __1:00 PM__      Reset Date:          Reset Time:

B. Meeting Results:      __Adjourned__

C. Debtor(s):   __Debtor 1 Appeared__

D. Attorney for Debtor(s):   __Appeared__

E. Creditor Appearance:   None

F. Amount Paid to the Trustee as of      1/17/2013   __$220.00__      First Payment Due Date:   __12/27/2012__

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:   __Complete__

Budgeted Income:   __$3,489.87__   Expense:   __$3,269.87__   Surplus:   __$220.00__

Plan Payment:   __$220.00__ __Monthly__                    Plan Term(Months):   __60__

I. Value of Non-Exempt Property:   __$200.00__  Proposed Amount to Unsecured Creditors:   __$0.00__

____ Objection to Exemption of:

____ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

____ Object to Invoke Stay Pleading

____ Case Converted from Chapter 7, Bar Date Set:   __4/17/2013__   Date Converted from Chapter 7:

J. Required Information:   __Good__

K. Business Information:

L. Object to Confirmation:   __Yes__

Sch I income should be $4,750 not $4,190 & deductions $882 not $750
Sch I fails to include all income sources
Sch J lists excessive expenses
Trustee requests a step payment to begin ___/___
Failure to include all disposable income

M. Financial Management Class:   __Debtor 1 Appeared__

N. Eligibility:

Certificate of Credit Counseling Filed:   __Debtor 1 Only__

Credit Counseling Provider Approved:                  __Yes__

Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):   __No__

O. Domestic Support Obligation:   __$0.00__   Current:          Arrears:   __$0.00__

Affidavit and Disclosure of Domestic Support Obligations Received:   __Yes__

P. Remarks:   Questions
-Sch I income should be $4,750 not $4,190 & deductions $882 not $750
-$429 net difference based on salary raise effective 10/15/12 stub
Yes she received a raise  in October & is salary.
-Sch I fails to include all income sources
-Ms collecting SS income?
Yes she is. The benefit statement will be provided
-Sch J lists excessive expenses
-Nat'l Std 1 & 1 $2,773 -- Adj Nat'l Std $2,873 -- Adjusted by $100 charity,
-Sch J $3,270 & debt in plan $50 totals $3,320 or $447 above Adj Nat'l Std

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

       -$500/mo dog shows
        -Sch B does not even list any dogs, much less show quality!
Stress relief. 6 dogs not pigs on the Sch B. The value is only to her.
     -Trustee requests a step payment to begin ___/___
       -When will SS benefits begin and how much will they be?
       -Debtor is 63 & committed to 60 month plan so SS will begin in the plan's life time.
She is receiving the SS benefit.
      -Failure to include all disposable income
        -Plan only proposes $6700 to the $85,000 u/s creditor pool.

Dated:     <u>1/17/2013</u>                               <u>/s/ Walter O'Cheskey</u>

                                             Standing Bankruptcy Trustee
                                             By:      Brent Hagan

| Case Number: | 12-10352 | | | | |
|---|---|---|---|---|---|
| Debtor: | Dotson | | | | |
| Attorney: | MJW | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 1/17/2013 8:43 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Santander | $1,555.68 | 6.50% | 60 | $30.44 | $1,826.32 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $1,194.56 | | 60 | $19.91 | $1,194.56 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $2,686.00 | | | | $2,686.00 |
|---|---|---|---|---|---|
| Noticing Fees | $140.60 | | | | $140.60 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $200.00 | | | | |
| Less Trustee Fees | $20.00 | | | | |
| Less Attorney Fees | $2,686.00 | | | | |
| Less Noticing Fees | $140.60 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $1,194.56 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $84,628.98 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $6,481.58 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $13,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $6,718.42 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008